## <u>DECLARATION OF DANIEL SCOTT SCHECTER</u>

I, Daniel Scott Schecter, declare as follows:

1.     I am an attorney with the law firm of Latham & Watkins LLP, counsel of record for Plaintiffs Directors Guild of America, Inc. ("DGA"), Horatio, Inc. ("Horatio"), and Albert Hughes ("Mr. Hughes") (collectively, "Plaintiffs") in this action, and am a member in good standing of the bar of this Court.  If called to testify as a witness in this matter, I could and would competently testify under oath as follows:

2.     As set forth in the service documents attached hereto as Exhibits A, B, and C (the originals of which are on file with the Court in this action, and of which the Court is requested to take judicial notice), Plaintiffs have made numerous diligent efforts to serve the Registered Agent for Service of Process for Defendant listed on the California Secretary of State's website, Richard Jun, as well as Defendant's counsel of record in the underlying arbitration, Richard M. Rosenthal, Esq., and the Registered Agent for Service of Process for two entities that are either alter egos of or very closely related to the Defendant.

3.     Despite the fact that Defendant was listed as an "active" limited liability company on the Secretary of State's website on the dates of attempted service (see Exhibit D), the information on that website for its Registered Agent for Service of Process, Richard Jun, appears to be outdated.

4.     As is indicated in the Affidavits of Reasonable Diligence attached as Exhibit A, Plaintiffs' process server was physically prevented on multiple occasions in late December, 2014 from not only accessing the address listed on the Secretary of State's website for Defendant's Registered Agent for Service of Process, but was further prevented from leaving a copy of the papers at the location to effect substituted service pursuant to Fed. R. Civ. P. Rule 4(e) and Cal. Code Civ. Proc. § 415.10 *et seq.*

5.     Following these efforts, on January 8, 2015, Plaintiffs mailed the

Summons and Complaint to the attention of Mr. Jun at the address listed on the Secretary of State's website, as indicated in the Proof of Mailing at Exhibit A.

6.     Under the above circumstances, service on Defendant was effective as of January 18th, ten (10) days after the date the Summons and Complaint were mailed to its Registered Agent for Service of Process, Mr. Jun, following the attempts at personal service, pursuant to Rule 4(e) and Cal. Code Civ. Proc. § 415.20.

7.     Because Plaintiffs wanted to demonstrate additional diligence in their efforts to serve Defendant, Plaintiffs simultaneously undertook efforts to serve two additional entities: Defendant's counsel of record in the underlying arbitration, Mr. Rosenthal, and the Registered Agent for Service of Process for two entities closely related to Defendant: "Emmett Furla Films Holdings, LLC" and "Emmett Furla Oasis Films, LLC."

8.     As indicated in the Proofs of Service and Affidavits of Reasonable Diligence attached as Exhibit B, Plaintiffs successfully served Mr. Rosenthal via substituted service on December 29, 2014.

9.     As indicated in the Proofs of Service and Affidavits of Reasonable Diligence attached as Exhibit C, on December 29, 2014, Plaintiffs successfully served via substituted service Martin J. Barab, the Registered Agent for Service of Process for Emmett Furla Films Holdings, LLC and Emmett Furla Oasis Films, LLC, according to the Secretary of State's website as of the date of service (see Exhibit E).

10.    On January 16, 2015, I received an email from Defendant's attorney, Richard M. Rosenthal, Esq. (attached hereto as Exhibit F), stating that his clients "do not plan to appear in this lawsuit."

11.    On February 9, 2015, the deadline for Defendant's responsive filing to Plaintiffs' Complaint, I sent an email to Mr. Rosenthal reminding him of the deadline and stating that Plaintiffs would seek entry of default if no response was

received.

12.     As of the date of the accompanying Request for Entry of Default, Defendant has not appeared in this action within the 20 days allowed by the Federal Rules of Civil Procedure, nor have Plaintiffs received any response to their Complaint.

13.     To the best of my knowledge, Defendant is not exempt from default under any applicable statute, rule of court of other law.

14.     As listed in both the Civil Cover Sheet and the Complaint, Plaintiffs' claim is for $129,982 plus fees and costs, which is a sum certain or a sum that can be made certain by computation.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on February 17, 2015.


_____
Daniel Scott Schecter

# Exhibit A

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| DANIEL SCOTT SCHECTER, ESQ., Bar #171472 <br> LATHAM & WATKINS LLP <br> 355 SOUTH GRAND AVENUE <br> 4TH FLOOR <br> LOS ANGELES, CA  90071 | | |
| Telephone No: 213-485-1234    FAX: No: 213-891-8763 | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Central District Of California

Plaintiff: DIRECTORS GUILD OF AMERICA, INC., ET AL.

Defendant: RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| **AFFIDAVIT OF** <br> **REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

1. I, DOUG FORREST, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC as follows:

2. *Documents:*    SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 12/22/14 | 2:30pm | Business | THERE IS NO SUITE 2820 THERE IS A 28TH FLOOR AND THAT IS A FIRM BY THE NAME OF LIM RUGER, THEY DO NOT HAVE AN ATTORNEY BY THAT NAME. SECURITY GUARD DID NOT ALLOW ACCESS THEY TOLD HIM NOT TOO. THEY ESCORTED ME OUT OF THE BUILDING. Attempt made by: DOUG FORREST. Attempt at: 1055 WEST 7TH STREET SUITE 2820 LOS ANGELES, CA 90017. |
| Tue | 12/30/14 | 5:00pm | Business | Returned Not Served on:  RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC Business - 1055 WEST 7TH STREET SUITE 2820 LOS ANGELES, CA 90017 |

3.  *Person Executing*
   a. DOUG FORREST



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone    (213) 250-9111
Fax          (213) 250-1197
www.firstlegalnetwork.com

Recoverable Costs Per CCP 1033.5(a)(4)(B)

d.. *The Fee for service was:*
e. *I am:*  (3)  registered California process server
   (i)    Independent Contractor
   (ii)   *Registration No.:*        5141
   (iii)  *County:*                  Los Angeles

4.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:  Wed, Dec. 31, 2014

(DOUG FORREST)

AFFIDAVIT OF REASONABLE DILIGENCE

2553335.latwa.669370

| *Attorney or Party without Attorney:*<br>DANIEL SCOTT SCHECTER, ESQ., Bar #171472<br>LATHAM & WATKINS LLP<br>355 SOUTH GRAND AVENUE<br>4TH FLOOR<br>LOS ANGELES, CA  90071<br>*Telephone No:* 213-485-1234   *FAX No:* 213-891-8763 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff   *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

  United States District Court For The Central District Of California

*Plaintiff:* DIRECTORS GUILD OF AMERICA, INC., ET AL.

*Defendant:* RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| **PROOF OF MAILING** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION
     AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES.

*3.  a. Party served:*                              RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

*4.  Address where the party was served:*           1055 WEST 7TH STREET
                                                    SUITE 2820
                                                    LOS ANGELES, CA  90017

*5.  I served the party:*
     d. **by other means** On: Thu., Jan. 08, 2015 at : 11:30AM by mailing the copies to the person served, addressed as shown in item 4,
        by First Class Mail, postage prepaid, from: Thomas  Tilcock

*7.  **Person Who Served Papers:***
     a. Thomas  Tilcock                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)

                                                    d.  **The Fee** for Service was:

     First                 1511 West Beverly Blvd.
     Legal                 Los Angeles, CA 90026       e.  I am: Not a Registered California Process Server
                           Telephone   (213) 250-9111
                           Fax         (213) 250-1197
                           www.firstlegalnetwork.com

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
     America that the foregoing is true and correct.*
     Date: Thu, Jan. 08, 2015

Judicial Council Form                          **PROOF OF MAILING**
Rule 2.150.(a)&(b) Rev January 1, 2007                                          (Thomas  Tilcock)
                                                                           2353335  .dansch.672168

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>  DANIEL SCOTT SCHECTER, ESQ., Bar #171472<br>  LATHAM & WATKINS LLP<br>  355 SOUTH GRAND AVENUE<br>  4TH FLOOR<br>  LOS ANGELES, CA 90071<br> *Telephone No:* 213-485-1234   *FAX: No:* 213-891-8763 | *For Court Use Only* |

| | |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court For The Central District Of California

*Plaintiff:* DIRECTORS GUILD OF AMERICA, INC., ET AL.

*Defendant:* RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

1. I, RUBEN FRAIRE, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC as follows:

2. *Documents:*   SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 12/29/14 | 12:40pm | Business | PER RECEPTIONIST, THE ATTORNEY RICHARD JUN WAS UNKNOWN. THE FIRM HAS NOTHING TO DO WITH THE ATTORNEY OR ENTITY. SECURITY GUARD STATED THAT THE SUBJECT AND ENTITY WERE UNKNOWN. THEY SAID IF I LEAVE ANYTHING THEY WILL HAVE ME ARRESTED AND ESCORTED OUT FROM THE PROPERTY AND BANNED FROM THE BUILDING. Attempt made by: RUBEN FRAIRE. Attempt at: 1055 W. 7TH STREET #2820 LOS ANGELES, CA 90017. |
| Tue | 12/30/14 | 5:00pm | Business | Returned Not Served on:  RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC Business - 1055 W. 7TH STREET #2820 LOS ANGELES, CA 90017 |

3. *Person Executing*
   a. RUBEN FRAIRE
   b. **FIRST LEGAL SUPPORT SERVICES**
      600 WEST SANTA ANA BOULEVARD
      SUITE 101
      SANTA ANA, CA 92701
   c.

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:*
*e. I am:*   (3)  Not a Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Dec. 31, 2014

**AFFIDAVIT OF REASONABLE DILIGENCE** (RUBEN FRAIRE)

2553335.latwa.670744



# Exhibit B

| Attorney or Party without Attorney: <br> DANIEL SCOTT SCHECTER, ESQ., Bar #171472 <br> LATHAM & WATKINS LLP <br> 355 SOUTH GRAND AVENUE <br> 4TH FLOOR <br> LOS ANGELES, CA 90071 <br> Telephone No: 213-485-1234     FAX No: 213-891-8763 | For Court Use Only |
|---|---|

*Attorney for:* Plaintiff   *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
<u>United States District Court For The Central District Of California</u>

*Plaintiff:* DIRECTORS GUILD OF AMERICA, INC., ET AL.

*Defendant:* RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET. NOTICE OF INTERESTED PARTIES.

3. *a. Party served:*   RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC
   *b. Person served:*   RICHARD ROSENTHAL, ESQ., AUTHORIZED AGENT FOR SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. *Address where the party was served:*   8200 WILSHIRE BLVD.
   3RD FLOOR
   BEVERLY HILLS, CA 90211

5. *I served the party:*
   b. by substituted service. On: Mon., Dec. 29, 2014 at: 1:15PM by leaving the copies with or in the presence of:
   "JANE DOE" NAME REFUSED, BUILDING RECEPTIONIST, AFRICAN-AMERICAN FEMALE, 51 YRS., 5'7", 170 LBS., BLACK HAIR, BROWN EYES
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. JONATHAN SOLIS



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone   (213) 250-9111
Fax         (213) 250-1197
www.firstlegalnetwork.com

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:*

e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:*   6303
   *(iii) County:*   Los Angeles
   *(iv) Expiration Date:*   Wed, Aug. 19, 2015

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Dec. 30, 2014

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007          **PROOF OF SERVICE**          (JONATHAN SOLIS)

2553362   .dansch.669376

| | For Court Use Only |
|---|---|

*Attorney or Party without Attorney:*
DANIEL SCOTT SCHECTER, ESQ., Bar #171472
LATHAM & WATKINS LLP
355 SOUTH GRAND AVENUE
4TH FLOOR
LOS ANGELES, CA  90071
*Telephone No:* 213-485-1234    *FAX No:* 213-891-8763

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* DIRECTORS GUILD OF AMERICA, INC., ET AL.
*Defendant:* RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| PROOF OF SERVICE By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET. NOTICE OF INTERESTED PARTIES.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Mon., Dec. 29, 2014
   b. Place of Mailing:          LOS ANGELES, CA  90026
   c. Addressed as follows:     RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC
                              8200 WILSHIRE BLVD.
                              3RD FLOOR
                              BEVERLY HILLS, CA  90211

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Dec. 29, 2014 in the ordinary course of business.

5. *Person Serving:*
   a. Thomas  Tilcock
   b. FIRST LEGAL SUPPORT SERVICES
      1511 W. BEVERLY BLVD
      LOS ANGELES, CA  90026
   c. 213-250-9111

        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
*Date: Tue, Dec. 30, 2014*

(Thomas  Tilcock)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

2953362  .dansch.669376

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| DANIEL SCOTT SCHECTER, ESQ., Bar #171472 LATHAM & WATKINS LLP 355 SOUTH GRAND AVENUE 4TH FLOOR LOS ANGELES, CA 90071 | | | | |

Telephone No: 213-485-1234    FAX: No: 213-891-8763

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Central District Of California

Plaintiff: DIRECTORS GUILD OF AMERICA, INC., ET AL.

Defendant: RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

1. I, JONATHAN SOLIS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC as follows:

2. *Documents:*   SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET. NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 12/22/14 | 2:40pm | Business | SECURITY CALLED UP AND SPOKE WITH RECEPTIONIST WHO STATED SUBJECT IS OUT OF THE OFFICE ALL WEEK AND DENIED ACCESS UP TO THE SUITE. Attempt made by: JONATHAN SOLIS, Registration #6303 Los Angeles County. Attempt at: 8200 WILSHIRE BLVD. 3RD FLOOR  BEVERLY HILLS, CA 90211. |
| Tue | 12/23/14 | 2:40pm | Business | THE ATTORNEY IS THERE BUT IS REFUSING TO COME DOWN AND ACCEPT SERVICE AND IS DENYING ACCESS UP TO THE SUITE TO ALLOW SERVICE. Attempt made by: JONATHAN SOLIS. Attempt at: 8200 WILSHIRE BLVD. 3RD FLOOR  BEVERLY HILLS, CA 90211. |
| Mon | 12/29/14 | 1:15pm | Business | Substituted Service on:  RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC Business - 8200 WILSHIRE BLVD. 3RD FLOOR BEVERLY HILLS, CA 90211  by Serving: RICHARD ROSENTHAL, ESQ., AUTHORIZED AGENT FOR SERVICE, SERVED UNDER F.R.C.P. RULE 4 a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served  by leaving a copy of the document(s) with: "JANE DOE" NAME REFUSED, BUILDING RECEPTIONIST, AFRICAN-AMERICAN FEMALE, 51 YRS., 5'7", 170 LBS., BLACK HAIR, BROWN EYES. Served by: JONATHAN SOLIS |

Page Number 1

Date: Tue, Dec. 30, 2014       **AFFIDAVIT OF REASONABLE DILIGENCE**

2553362.latwa.669376

| Attorney or Party without Attorney:<br>DANIEL SCOTT SCHECTER, ESQ., Bar #171472<br>LATHAM & WATKINS LLP<br>355 SOUTH GRAND AVENUE<br>4TH FLOOR<br>LOS ANGELES, CA 90071 | For Court Use Only |
|---|---|
| Telephone No: 213-485-1234   FAX: No: 213-891-8763 | |
| Attorney for: Plaintiff | Ref. No or File No.: |

Insert name of Court, and Judicial District and Branch Court:
  United States District Court For The Central District Of California

Plaintiff: DIRECTORS GUILD OF AMERICA, INC., ET AL.

Defendant: RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 12/29/14 | | | Mailed copy of Documents to:  RANDALL EMMETT/GEORGE FURLA<br>PRODUCTIONS, LLC |

3. *Person Executing*
   a. JONATHAN SOLIS
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 WEST BEVERLY BLVD.
      LOS ANGELES, CA 90026
   c. 213-250-1111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was:
*e. I am:*   (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)*   *Registration No.:*      6303
   *(iii)*   *County:*      Los Angeles
   *(iv)*   *Expiration Date:*      Wed, Aug. 19, 2015

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America
   that the foregoing is true and correct.*
   Date: Tue, Dec. 30, 2014

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE(JONATHAN SOLIS)

2553362.latwa.669376

# Exhibit C

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>DANIEL SCOTT SCHECTER, ESQ., Bar #171472<br>LATHAM & WATKINS LLP<br>355 SOUTH GRAND AVENUE<br>4TH FLOOR<br>LOS ANGELES, CA 90071<br>*Telephone No:* 213-485-1234   *FAX No:* 213-891-8763 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Central District Of California | | |
| *Plaintiff:* DIRECTORS GUILD OF AMERICA, INC., ET AL. | | |
| *Defendant:* RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES.

3.  *a. Party served:*   RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC
    *b. Person served:*   MARTIN J. BARAB, REGISTERED AGENT FOR SERVICE, SERVED UNDER F.R.C.P. RULE 4

4.  *Address where the party was served:*   111 UNIVERSAL HOLLYWOOD DRIVE
    SUITE 2200
    UNIVERSAL CITY, CA 91608

5.  *I served the party:*
    b. **by substituted service.** On: Mon., Dec. 29, 2014 at: 1:45PM by leaving the copies with or in the presence of:
    ANGIE COLEMAN, SECRETARY
    (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
    (4) A declaration of mailing is attached.

7.  *Person Who Served Papers:*                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JAVIER SANCHEZ                                   d.  *The Fee for Service was:*

    **First Legal**   1511 West Beverly Blvd.          e.  I am: (3) registered California process server
    Los Angeles, CA 90026                                    *(i)*   Independent Contractor
    Telephone   (213) 250-9111                               *(ii)*  *Registration No.:*   2014115318
    Fax            (213) 250-1197                            *(iii)* *County:*   Los Angeles
    www.firstlegalnetwork.com

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    *Date: Tue, Dec. 30, 2014*

**PROOF OF SERVICE**                     (JAVIER SANCHEZ)
                                                                                                        2553370   .dansch.669367

| Attorney or Party without Attorney:<br>DANIEL SCOTT SCHECTER, ESQ., Bar #171472<br>LATHAM & WATKINS LLP<br>355 SOUTH GRAND AVENUE<br>4TH FLOOR<br>LOS ANGELES, CA 90071<br>Telephone No: 213-485-1234     FAX No: 213-891-8763 | For Court Use Only |
|---|---|

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* DIRECTORS GUILD OF AMERICA, INC., ET AL.

*Defendant:* RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:             Mon., Dec. 29, 2014
    b. Place of Mailing:           LOS ANGELES, CA 90026
    c. Addressed as follows:     RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC
                              111 UNIVERSAL HOLLYWOOD DRIVE
                              SUITE 2200
                              UNIVERSAL CITY, CA 91608

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Dec. 29, 2014 in the ordinary course of business.

5. *Person Serving:*
    a. Thomas Tilcock
    b. FIRST LEGAL SUPPORT SERVICES
       1511 W. BEVERLY BLVD
       LOS ANGELES, CA 90026
    c. 213-250-9111

Recoverable Cost Per CCP 1033.5(a)(4)(B)

    d. *The Fee for Service was:*
    e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
*Date: Tue, Dec. 30, 2014*

(Thomas Tilcock)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

2353370   .dansch.669367

| | | | | For Court Use Only |
|---|---|---|---|---|

*Attorney or Party without Attorney:*
DANIEL SCOTT SCHECTER, ESQ., Bar #171472
LATHAM & WATKINS LLP
355 SOUTH GRAND AVENUE
4TH FLOOR
LOS ANGELES, CA 90071
*Telephone No:* 213-485-1234    *FAX: No:* 213-891-8763

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* DIRECTORS GUILD OF AMERICA, INC., ET AL.
*Defendant:* RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

1. I, JAVIER SANCHEZ, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC as follows:

2. *Documents:*   SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 12/29/14 | 1:15pm | Business | HAVE TO WAIT FOR ACCESS TO SUITE. Attempt made by: JAVIER SANCHEZ, Registration #2014115318 Los Angeles County. Attempt at: 111 UNIVERSAL HOLLYWOOD DRIVE SUITE 2200 UNIVERSAL CITY, CA 91608. |
| Mon | 12/29/14 | 1:45pm | Business | AFTER A 30 MINUTE WAIT, WAS ALLOWED ACCESS TO SUITE. Attempt made by: JAVIER SANCHEZ. Attempt at: 111 UNIVERSAL HOLLYWOOD DRIVE SUITE 2200 UNIVERSAL CITY, CA 91608. |
| Mon | 12/29/14 | 1:45pm | Business | Substituted Service on: RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC Business - 111 UNIVERSAL HOLLYWOOD DRIVE SUITE 2200 UNIVERSAL CITY, CA 91608 by Serving: MARTIN J. BARAB, REGISTERED AGENT FOR SERVICE, SERVED UNDER F.R.C.P. RULE 4 a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: ANGIE COLEMAN, SECRETARY. Served by: JAVIER SANCHEZ |
| Mon | 12/29/14 | | | Mailed copy of Documents to: RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC |

3. *Person Executing*
   a. JAVIER SANCHEZ
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:*
   e. *I am:*   (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*   2014115318
      (iii) *County:*   Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Dec. 30, 2014

AFFIDAVIT OF REASONABLE DILIGENCE (JAVIER SANCHEZ)

2553370.latwa.669367

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| DANIEL SCOTT SCHECTER, ESQ., Bar #171472 LATHAM & WATKINS LLP 355 SOUTH GRAND AVENUE 4TH FLOOR LOS ANGELES, CA 90071 *Telephone No:* 213-485-1234     *FAX: No:* 213-891-8763 | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* DIRECTORS GUILD OF AMERICA, INC., ET AL.
*Defendant:* RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:14-CV-09514-DSF-JEM |
|---|---|---|---|---|

1. I, SARKIS ARABYAN, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC as follows:

2. *Documents:*     SUMMONS IN A CIVIL ACTION; COMPLAINT TO CONFIRM AND ENFORCE ARBITRATION AWARD; INITIAL STANDING ORDER; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 12/22/14 | 3:00pm | Business | THIS IS A SECURED LOCATION. THEY WILL NOT ALLOW ACCESS TO SUITE. PER SECURITY GUARD, THEY DO NOT ALLOW SERVICE OF ANY LEGAL DOCUMENTS AT THIS ADDRESS AND THEY SHOULD GO TO THE REGISTERED AGENT. THEY THINK ITS C.T.CORPORATION BUT NOT SURE. Attempt made by: SARKIS ARABYAN. Attempt at: 111 UNIVERSAL HOLLYWOOD DRIVE SUITE 2200  UNIVERSAL CITY, CA 91608. |
| Tue | 12/23/14 | 8:10am | Business | PER MARIELA, SECURITY GUARD, MARTIN BARAB IS UNKNOWN. SHE STATED ALL LEGAL PAPERS ARE TO GO TO C.T.CORPORATION. NO LEGAL SERVICES ARE ALLOWED ON THE PROPERTY AND THEY WILL NOT ALLOW ACCESS TO THE SUITE. Attempt made by: SARKIS ARABYAN. Attempt at: 111 UNIVERSAL HOLLYWOOD DRIVE SUITE 2200 UNIVERSAL CITY, CA 91608. |
| Mon | 12/29/14 | 1:00pm | Business | Returned Not Served on:  RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC Business - 111 UNIVERSAL HOLLYWOOD DRIVE SUITE 2200 UNIVERSAL CITY, CA 91608 |

3. *Person Executing*
   a. SARKIS ARABYAN
   b. **FIRST LEGAL SUPPORT SERVICES**
      1517 BEVERLY BLVD.
      LOS ANGELES, CA 90026
   c. 213-250-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:*
*e. I am:*   (3)  registered California process server
             (i)   Owner
             (ii)  *Registration No.:*     2013187036
             (iii) *County:*             Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Dec. 30, 2014

AFFIDAVIT OF REASONABLE DILIGENCE (SARKIS ARABYAN)

2553370.latwa.670648



Exhibit D

# California Secretary of State Alex Padilla

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, January 06, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC |
| Entity Number: | 200909710330 |
| Date Filed: | 04/07/2009 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1055 W 7TH ST STE 2820 |
| Entity City, State, Zip: | LOS ANGELES CA 90017 |
| Agent for Service of Process: | RICHARD JUN |
| Agent Address: | 1055 W 7TH ST STE 2820 |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

**Privacy Statement | Free Document Readers**
Copyright © 2015  California Secretary of State



Exhibit E

# California Secretary of State Alex Padilla

Secretary of State Main Website    **Business Programs**    **Notary & Authentications**    **Elections**    **Campaign & Lobbying**

**Business Entities (BE)**

Online Services
 - E-File Statements of
   Information for
   Corporations
 - Business Search
 - Processing Times
 - Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information
 (annual/biennial reports)

Filing Tips

Information Requests
 (certificates, copies &
 status reports)

Service of Process

FAQs

Contact Information

Resources
 - Business Resources
 - Tax Information
 - Starting A Business

Customer Alerts
 - Business Identity Theft
 - Misleading Business
   Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, January 06, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | EMMETT FURLA FILMS HOLDINGS, LLC |
| Entity Number: | 201317010201 |
| Date Filed: | 06/19/2013 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 8200 WILSHIRE BLVD 3RD FL |
| Entity City, State, Zip: | BEVERLY HILLS CA 90211 |
| Agent for Service of Process: | MARTIN J BARAB |
| Agent Address: | 111 UNIVERSAL HOLLYWOOD DR STE 2200 |
| Agent City, State, Zip: | UNIVERSAL CITY CA 91608 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2015    California Secretary of State

# California Secretary of State Alex Padilla

Secretary of State Main Website     Business Programs    Notary & Authentications    Elections    Campaign & Lobbying

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, January 06, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | EMMETT FURLA OASIS FILMS, LLC |
| **Entity Number:** | 201315710069 |
| **Date Filed:** | 06/05/2013 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 8200 WILSHIRE BLVD 3RD FL |
| **Entity City, State, Zip:** | BEVERLY HILLS CA 90210 |
| **Agent for Service of Process:** | MARTIN J BARAB |
| **Agent Address:** | 111 UNIVERSAL HOLLYWOOD DR STE 2200 |
| **Agent City, State, Zip:** | UNIVERSAL CITY CA 91608 |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2015   California Secretary of State

1/8/2015 5:43 PM

# Exhibit F

**Jaeger, Michael (LA)**

| | |
|---|---|
| **From:** | Rick Rosenthal <rckrsnthl@gmail.com> |
| **Sent:** | Friday, January 16, 2015 1:11 PM |
| **To:** | Schecter, Daniel (CC) |
| **Cc:** | Jaeger, Michael (LA) |
| **Subject:** | Re: DGA/Motor City - Courtesy Copy of District Court Filing |

Dan-

At this point my understanding is that my clients are not able to make a payment and also do not plan to appear in this lawsuit.

Please let me know if you have any questions.

Rick Rosenthal


Richard M. Rosenthal, Esq.
8200 Wilshire Blvd., Third Floor
Beverly Hills, CA. 90211
Tel: 310-474-3044
Fax: 310-470-0532

On Thu, Jan 15, 2015 at 10:07 AM, Rick Rosenthal <rckrsnthl@gmail.com> wrote:
I don't have any update on this. Will ask again.

Rick


Richard M. Rosenthal, Esq.
8200 Wilshire Blvd., Third Floor
Beverly Hills, CA. 90211
Tel: 310-474-3044
Fax: 310-470-0532

On Wed, Jan 14, 2015 at 8:46 PM, <DANIEL.SCHECTER@lw.com> wrote:
Any word on this Rick?

---
From: Schecter, Daniel (CC)
Sent: Thursday, January 08, 2015 12:27 PM
To: 'Rick Rosenthal'
Cc: Jaeger, Michael (LA)
Subject: RE: DGA/Motor City - Courtesy Copy of District Court Filing

Best we can do is $50k now and balance in 30 days.

1

-----Original Message-----
From: Rick Rosenthal [rckrsnthl@gmail.com<mailto:rckrsnthl@gmail.com>]
Sent: Thursday, January 08, 2015 12:10 PM Eastern Standard Time
To: Schecter, Daniel (CC)
Cc: Jaeger, Michael (LA)
Subject: Re: DGA/Motor City - Courtesy Copy of District Court Filing

Dan-

I am following up on this email.

Thanks.

Rick Rosenthal

Richard M. Rosenthal, Esq.
8200 Wilshire Blvd., Third Floor
Beverly Hills, CA. 90211
Tel: 310-474-3044
Fax: 310-470-0532


On Tue, Jan 6, 2015 at 9:36 AM, Rick Rosenthal <rckrsnthl@gmail.com<mailto:rckrsnthl@gmail.com>>
wrote:
Dan-

My clients would like to structure a payment plan with an initial payment of $50,000. Can you let me know if
there is a proposal which would be acceptable to you?

Thank you.

Rick Rosenthal

Richard M. Rosenthal, Esq.
8200 Wilshire Blvd., Third Floor
Beverly Hills, CA. 90211
Tel: 310-474-3044<tel:310-474-3044>
Fax: 310-470-0532<tel:310-470-0532>

On Wed, Dec 17, 2014 at 10:54 AM,
<DANIEL.SCHECTER@lw.com<mailto:DANIEL.SCHECTER@lw.com>> wrote:
Rick:

I'm sure you're not surprised to hear that his is not going to fly at all.  We've already put the complaint out for
service and will proceed aggressively to procure a judgment and then execute it.

The only thing I can suggest, short of full payment immediately, is that if your clients pay half of the
outstanding amount immediately, I might recommend to my clients a very very short payment plan for the
remainder.  But "short" does not mean a dozen monthly payments.

We will proceed to enforce our clients' rights.  I suggest that your clients show some good faith by paying what
is due if they want this to go away.

2

dss

From: Rick Rosenthal [mailto:rckrsnthl@gmail.com<mailto:rckrsnthl@gmail.com>]
Sent: Monday, December 15, 2014 3:56 PM
To: Schecter, Daniel (CC)
Cc: Jaeger, Michael (LA)
Subject: Re: DGA/Motor City - Courtesy Copy of District Court Filing

Dan-

My clients do want to pay off the arbitration award and would like to do by making monthly payments of
$10,000.

Please let me know if this would be possible.

Rick Rosenthal

Richard M. Rosenthal, Esq.
8200 Wilshire Blvd., Third Floor
Beverly Hills, CA. 90211
Tel: 310-474-3044<tel:310-474-3044>
Fax: 310-470-0532<tel:310-470-0532>

On Mon, Dec 15, 2014 at 10:10 AM,
<DANIEL.SCHECTER@lw.com<mailto:DANIEL.SCHECTER@lw.com>> wrote:
Rick:

Attached please find our complaint and related papers filed to confirm the Motor City arbitration award.  Before
we put this out for service, I thought I'd check to see if you will accept service and also see if your clients are
prepared to pay the award before it increases with additional attorneys' fees and interest.

dss

_____
Daniel Scott Schecter
LATHAM& WATKINS LLP
10250 Constellation Boulevard
Los Angeles, California 90067
(o): 424.653.5577<tel:424.653.5577>
(f): 213.891.8763<tel:213.891.8763>
(m): 213.280.9474<tel:213.280.9474>
email: daniel.schecter@lw.com<mailto:daniel.schecter@lw.com>
_____

_____
This email may contain material that is confidential, privileged and/or attorney work product for the sole use of
the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission
is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

3

Latham & Watkins LLP

_____

_____
This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP

_____

-------------------------------------------------------------------------------
This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP
-------------------------------------------------------------------------------