LATHAM & WATKINS LLP
Daniel Scott Schecter (Bar No. 171472)
daniel.schecter@lw.com
Michael Jaeger (Bar No. 289364)
michael.jaeger@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DIRECTORS GUILD OF AMERICA, INC., HORATIO, INC., AND ALBERT HUGHES, | Case No.: LACV14-9514-DSF(JEMx) |
|---|---|
| Plaintiffs, | Assigned to: Hon. Dale S. Fischer |
| v. | **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |
| RANDALL EMMETT/GEORGE FURLA PRODUCTIONS, LLC, | |
| Defendant. | |

  Plaintiffs Directors Guild of America, Inc., Horatio, Inc., and Albert Hughes (collectively, "Plaintiffs") respectfully submit this response to the Court's January 30, 2015 Order to Show Cause in the above-captioned matter.

  In the Order to Show Cause, the Court requested that Plaintiffs show cause in writing on or before February 23, 2015 why this action should not be dismissed as to the Defendant, Randall Emmett/George Furla Productions, LLC ("Defendant") for lack of prosecution.

  The Complaint in this action was filed on December 11, 2014. As detailed in the Plaintiffs' Request for Entry of Default filed today (attached hereto as Exhibit A), Plaintiffs served the Summons and Complaint not only on the

1 | Defendant (through its Registered Agent for Service of Process), but also on
2 | Defendant's counsel of record in the underlying arbitration, as well as on the
3 | Registered Agent for Service of Process for two entities closely related to
4 | Defendant, all within the 120 days required by Federal Rule of Civil
5 | Procedure 4(m).

6 | Following service of the Summons and Complaint, Defendant has not
7 | appeared in this action within the 20 days allowed by the Federal Rules of Civil
8 | Procedure, nor have Plaintiffs received any response to their Complaint.  On
9 | January 16, 2015, Defendant's counsel of record in the underlying arbitration
10 | advised Plaintiffs' counsel that his clients "do not plan to appear in this lawsuit."

11 | Plaintiffs respectfully submit that they have diligently prosecuted this matter
12 | in accordance with the Federal Rules of Civil Procedure.  Accordingly, Plaintiffs
13 | request that the Court not dismiss the case at this time, and that the Clerk of the
14 | Court enter default against Defendant pursuant to Plaintiffs' Request for Entry of
15 | Default filed on February 17, 2015.

17 | Dated:  February 17, 2015        LATHAM & WATKINS LLP
                                      Daniel Scott Schecter
18                                    Michael Jaeger

20                                By _____
                                      Daniel Scott Schecter
21                                    Attorneys for Plaintiffs